IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARREL EUGENN O'BANNON, #316688, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-674-RAH |
| ) | |
| WARDEN BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 7, 2020, the Magistrate Judge entered a Recommendation (Doc. 6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file an amended complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE, this 16th day of November, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE